IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAIMERE PROSSER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-097 |
| | ) | (Formerly CR 109-073) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jaimere Prosser, proceeding *pro se*, filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The matter is now before the Court for an initial review of Petitioner's motion as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. Attorney Julie M. Wade file a prior § 2255 motion on Petitioner's behalf challenging his career offender designation under the United States Sentencing Guidelines under Johnson v. United States, 135 S. Ct. 2551 (2015). Prosser v. United States, CV 116-92, doc. no. 1 (S.D. Ga. June 24, 2016). In the current § 2255 motion, Petitioner brings almost identical claims, alleging that he is no longer a career offender due to Johnson. Because Petitioner already has a § 2255 motion with almost identical claims filed by counsel, the Court **REPORTS** and **RECOMMENDS** Petitioner's § 2255 motion be **DISMISSED** and Petitioner's motion for a

stay and abeyance be **DENIED AS MOOT**.

SO REPORTED AND RECOMMENDED this 5th day of July, 2016, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA